UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSEPH SCUTERI,

                      Plaintiff,

- against -

THE CITY OF NEW YORK, THE CITY OF NEW YORK DEPARTMENT OF SANITATION, KATHRYN GARCIA as COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF SANITATION, THE NEW YORK CITY CIVIL SERVICE COMMISSION and NANCY G. CHAFFETZ, as CHAIRPERSON OF THE NEW YORK CITY CIVIL SERVICE COMMISSION,

                      Defendants.

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

15-CV-05082

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through the undersigned, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned Action is dismissed, with prejudice, and without costs to any party as against the other, and an order to that effect may be entered without further notice.

Dated:    New York, New York
            February 12, 2018

**RALPH REISER**
Attorney for Plaintiff
3 Walnut Drive
P.O. Box 171
Syosset, NY 11791
(516) 496-9745

By: _____
    Ralph Reiser

Dated:    New York, New York
            February 14, 2018

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-117
New York, New York 10007
(212) 356-2479

By: _____
    Garrett S. Kamen
    Assistant Corporation Counsel